UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-7893-CAS(AGRx) | Date | October 9, 2012 |
|---|---|---|---|
| Title | *COURTNEY CARLSSON; ET AL. v. UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - PLAINTIFFS' UNOPPOSED NOTICE OF MOTION AND MOTION TO CONTINUE STATUS CONFERENCE UNTIL OCT. 11 AT 2:00 P.M. (Filed 10/05/12); AND

DEFENDANTS' MOTION TO RESET HEARING DATE OR FOR LEAVE TO APPEAR TELEPHONICALLY (Filed 10/05/12)

The Court is in receipt of the above-referenced motions. Since the filing of the above-referenced motions, the Court has been notified that counsel for both sides will be present at the Status Conference set on October 11, 2012 at 1:00 P.M. Therefore, the Court finds the above-referenced motions moot.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |