JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COURTNEY CARLSSON, et al., | Case No. LACV 12-7893-CAS (AGRx) |
| Plaintiffs, | |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | ORDER |
| Defendants. | |

In light of the parties' settlement agreement, and based on the terms of the parties' stipulation, the Court STAYS the case, including all discovery requirements and other deadlines, until further notice.

IT IS SO ORDERED.

DATED: November 30, 2012

_____
Hon. Christina A. Snyder
United States District Judge

- 1 -